*FILED*
*U.S. DISTRICT COURT*

MAR 13  1 10 PM '00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOLAN HUDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0229** |
| **CHARLES C. FOTI, JR., et al.** | **SECTION "T" (3)** |

## O R D E R

The Court has received the Plaintiff's Motion for Extension of Time within which to object to the Report and Recommendation of United States Magistrate Judge Lance M. Africk. However, it is the opinion of this Court that granting such an extension would not foster judicial economy. Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion for Extension of Time (Doc. 4) be, and the same hereby is **DENIED**.

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** said Report and Recommendation and adopts it as its opinion in this matter.

**DATE OF ENTRY**
MAR 1 4 2000



___Fee___
___Process___
_X_ Dktd ___
___CtRmDep___
Doc.No. 5

Accordingly,

**IT IS ORDERED** that the Plaintiff's complaint pursuant to 42 U.S.C. § 1983 be, and the same hereby is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
G. Thomas Porteous, Jr.
United States District Judge