UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOLAN HUDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0229** |
| **CHARLES C. FOTI, JR., et al.** | **SECTION "T" (3)** |

## JUDGMENT

The Court has approved the Report and Recommendation of the United States Magistrate Judge, and has adopted said report as its opinion in this matter.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the Defendants, Sheriff Charles C. Foti, Jr., Nurse Valerie, and Blue Cross and Blue Shield Insurance Company, and against the Plaintiff, Nolan Hudson, dismissing the Plaintiff's complaint pursuant to 42 U.S.C. § 1983 **WITH PREJUDICE.**

New Orleans, Louisiana, this 13th day of March, 2000.

DATE OF ENTRY
MAR 1 4 2000

G. Thomas Porteous, Jr.
United States District Judge