UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 21 2000
LORETTA G. WHYTE
CLERK

NOLAN HUDSON
— VS —
Charles C. Foti Jr, et al

No. 00-0229

SECTION "T" (3)

## MOTION OF AN APPEAL

I NOLAN HUDSON COME INTO THIS Honorable Court with this Motion of an Appeal against the Judgement on Case No. 00-0229 Section "T" (3) Judgement date on March 13, 2000 I received Notice on 16th day of March 2000

Nolan Hudson 901750
NOLAN HUDSON 901750
Tem. 1-B1-5
3000 Perdido Street
New Orleans, LA, 70130

16 day of March 2000

Fee Not Paid
Process
X Dktd
X CtRmDep
Doc.No.