UNITED STATE DISTRICT COURT
EASTERN District of Louisiana

U.S DISTRICT COURT
Eastern District of Louisiana
FILED MAR 2 2 2000
LORETTA G. WHYTE
Clerk

NOLAN HUDSON                    No. 00-CV-0229
— VS —
Charles C. Foti Jr, et at        SECTION "T" (3)


A Motion For An APPEAL and ~~Amed~~ "Amend"


I NOLAN Hudson pray The Honorable Court

Grant This Motion of APPEAL and Amend due to The Following Reasons

1) The Plaintiff has just come out of Administrative Segration and document have been Lost due to the Administrative deliberately Misplacing said documents

2) The Plaintiff has limited Knowledge of The Law, Therefor is in Need of Assistance

3) The Issues in Voluing This case are very Complex due to The Plaintiff Not having Access To Proper Law Books To Rebutal any motions Against Him

Fee_____
Process_____
X Dktd____ 04
____ C_____
Doc.No. 11

4) This Case Involves Medical Issues That May Require Expert Testimony

5) The Plaintiff has Numerous Witnesses to Testify as to What Exactly occured, But the Administration has Threatened said Witness To be silent in This case, David Morgan 893576 Will Willing Testify Regardless to Administration Threats of Retaliation Against Him

6) I'm Amending To This Complaint "Dr. E. Riley" He is The Director of Medical ▪ AT Orleans Parish Prison!

7) AN I would like To Take Charles C. Foti Name away + off This Law suit docket Number No 00-CV-0229
Section "T" (3)

8) I made a MISTAKE in adding Charles C. ▪ Foti name To This Case! I hope that I be granted This Amend Complaint.

Nolan Hudson Jr
901750

Sworn Affidavit

I NOLAN HUDSON do SWEAR That ALL Information Contained within this Motion of APPeal & Amend is TRue And Correct To the best of my Knowledge.

Sworn This 16th day of March 2000

Nolan Hudson 901750
NOLAN Hudson 901750
Tem. 1-B1-5
3000 Perdido Street
New Orleans, Louisiana 7019