

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                                            CIVIL ACTION

VERSUS                                                  NO. 00-229

CHARLES C. FOTI, ET AL                                  SECTION T(3)

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[✓]  the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ]  the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ]  the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

_____
_____

New Orleans, Louisiana, this 2nd day of May, 2000.

DATE OF ENTRY
MAY 4 - 2000

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc No. 15