FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 23 P 3:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON                                    CIVIL ACTION

VERSUS                                          NO. 00-0229

CHARLES C. FOTI, JR., et al.                    SECTION "T" (3)

## ORDER

The record in the above-captioned matter was sent to the United States Court of Appeals for the Fifth Circuit on May 12, 2000.

Since it is impossible for this Court to grant the Plaintiff's request,

**IT IS ORDERED** that the Plaintiff's Motion asking for a copy of all pleadings filed into the record (Doc. 16) be, and the same hereby is **DENIED**. Of course, the Plaintiff is free to re-urge said request to the Court of Appeals.

New Orleans, Louisiana, this 23 day of June, 2000.

DATE OF ENTRY
JUN 2 6 2000

G. Thomas Porteous, Jr.
United States District Judge

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____