IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 00-30348

CA. 00-229 T

NOLAN HUDSON, JR

    Plaintiff - Appellant

v.

CHARLES C FOTI, JR; MS VALERIE; BLUE CROSS & BLUE SHIELD INSURANCE CO

    Defendants - Appellees

U.S. COURT OF APPEALS
FILED
SEP 1 2 2000
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 1 3 2000
LORETTA G. WHYTE
CLERK

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of 9/12/00, for want of prosecution. The appellant failed to timely file brief.

                        CHARLES R. FULBRUGE III
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                            Monica Washington, Deputy Clerk

                        FOR THE COURT - BY DIRECTION

---

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. 18

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana   SEP 1 2 2000